R. F. LYON, for movant.

McELROY *v.* BOLTON.

No legal principle being involved, and the only issue being the sufficiency of the evidence to uphold the finding by the jury, this case falls within the general rule that the discretion of the trial judge in granting a first new trial will not be interfered with by this court.  *Judgment affirmed.*

November 9, 1892.

Before Judge RICHARD H. CLARK. DeKalb superior court. February term, 1892.

Complaint for land was brought, the ten acre strip in dispute lying along the western side of the land claimed to be covered by the deeds introduced by the plaintiff,

and the contention being as to the true boundary between the land covered by these deeds and the land on the west owned by the defendant. The jury found for the defendant, and the plaintiff moved on the general grounds for a new trial. It was granted, and the defendant excepted.

J. B. STEWARD and H. C. JONES, by brief, for plaintiff in error.

CANDLER & THOMSON, *contra.*